# Court of Appeals
# of the State of Georgia

ATLANTA,  September 09, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2394.  BETTY JEAN FULTON v. THE STATE.**

Betty Jean Fulton pled guilty to family violence battery and was allowed to serve the majority of her sentence on probation.  The trial court revoked her probation after she violated several of the conditions of probation.  Fulton then filed this direct appeal.  We lack jurisdiction.

An application for discretionary appeal is required to appeal a probation revocation order.  OCGA § 5-6-35 (a) (5); *Andrews v. State*, 276 Ga. App. 428, 430-431 & n.3 (1) (623 SE2d 247) (2005).  Fulton's failure to comply with the discretionary appeal procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/09/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*